**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA ALEXANDER, | Case No.: 10-CV-05794-LHK |
| Plaintiff, | ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CATHOLIC HEALTHCARE WEST LONG TERM DISABILITY PLAN, | |
| Defendants. | |

On April 8, 2011, the parties submitted a stipulated request to continue the Case Management Conference currently set for April 27, 2011, to a date following their private mediation. However, this case has already been pending for nearly four months, and the Court is not inclined to delay the initial Case Management Conference. Accordingly, the parties' request to continue the Case Management Conference is DENIED.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05796-LHK
ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE