ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE (SBN: 148293)
Email: charan.higbee@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants,
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**And CATHOLIC HEALTHCARE WEST LONG TERM**
**DISABILITY PLAN**

MELVYN SILVER (SBN: 48674)
Email: mdsrst@cs.com
RUTH SILVER TAUBE (SBN: 169589)
Email: mdsrst@cs.com
**LAW OFFICES OF SILVER & TAUBE**
1339 Pauline Drive
Sunnyvale, California 94087
Telephone:   (408) 737-2313
Facsimile:    (408) 737-2937

Attorneys for Plaintiff,
**ANDREA ALEXANDER**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ANDREA ALEXANDER,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CATHOLIC HEALTHCARE WEST LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No.: CV10-5794-LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff

ANDREA ALEXANDER and defendants LIFE INSURANCE COMPANY OF NORTH

AMERICA and CATHOLIC HEALTHCARE WEST LONG TERM DISABILITY PLAN, through

1

1  their respective attorneys of record, that the above-entitled action, and all claims for relief therein,

2  shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party

3  to bear its own costs and attorneys' fees.

4

5  Dated: May 23, 2011                          WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
6

7                                     By:       /s/ Charan M. Higbee
                                                ADRIENNE C. PUBLICOVER
8                                               CHARAN M. HIGBEE
                                                Attorneys for Defendants
9                                               **LIFE INSURANCE COMPANY OF
                                                NORTH AMERICA and CATHOLIC
10                                              HEALTHCARE WEST LONG TERM
                                                DISABILITY PLAN**
11

12  Dated: May 23, 2011                         LAW OFFICES OF SILVER & TAUBE

13
                                      By:       /s/ Melvyn Silver
14                                              MELVYN SILVER
                                                RUTH SILVER-TAUBE
15                                              Attorneys for Plaintiff
                                                **ANDREA ALEXANDER**
16

17                                       **ORDER**

18          The parties having stipulated that the above-entitled action, and all claims for relief therein,

19  shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party

20  to bear its own costs and attorneys' fees,

21          **IT IS SO ORDERED.**

22

23

24  Dated: _____May 24_____, 2011
                                                HONORABLE LUCY H. KOH
25                                              UNITED STATES DISTRICT COURT JUDGE

26

27

28
                                          2